No. 74–5528. RODOVICH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 74–5533. TALLEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied: 

No. 74–5537. TASBY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 74–5541. DeMONTIJO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–5605. MARTIN *v.* FLORIDA. C. A. 5th Cir. Certiorari denied. 

No. 74–5610. PILLIS *v.* RUSSO, JUDGE, ET AL. Sup. Ct. Va. Certiorari denied.

No. 74–5614. HARSANY *v.* WORKMEN'S COMPENSATION APPEALS BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 74–5618. CHERRY *v.* INDIANA. C. A. 7th Cir. Certiorari denied.

No. 74–5622. ENGLISH *v.* DAVIS, CORRECTIONS DIRECTOR. Sup. Ct. Va. Certiorari denied.

No. 75–5626. BESSER *v.* DUNN, JUDGE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 74–5630. WILLIAMS *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. 

No. 74–5631. HENDERSON *v.* ATKINS, ACTING WARDEN. C. A. 10th Cir. Certiorari denied.

No. 74–5640. ADKINS *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.